200

VALLEY NATIONAL BANK OF PHOENIX v. Floyd F. CALDWELL and Margaret S. Caldwell, husband and wife.

No. 4530.

United States Court of Appeals
Tenth Circuit.

Oct. 7, 1952.

W. C. Whatley and LaFel E. Oman, Las Cruces, N. M., and Rawlins, Davis, Christy, Kleinman & Burrus, Phoenix, Ariz., for appellant.

Garland & Sanders and Edwin Mechem, Las Cruces, N. M., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed October 7, 1952, pursuant to stipulation of the parties.

C. H. WEBB, dba Webb Motor Company, et al. v. Fern P. BLACK, Administratrix of the Estate of Thell Black, etc.

No. 4536.

United States Court of Appeals
Tenth Circuit.

Oct. 7, 1952.

Stewart, Cannon & Hanson, and Harley W. Gustin, Salt Lake City, Utah, and Garrison & Dilts, Cortez, Colo., for appellants.

Arthur H. Nielsen, Salt Lake City, Utah, for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed October 7, 1952, pursuant to stipulation of the parties.

Maybelle WORKMAN v. REAL SILK HOSIERY MILLS, Inc.

No. 4559.

United States Court of Appeals
Tenth Circuit.

Oct. 7, 1952.

No appearance for appellant.

Richardson, Cochran, Dudley, Fowler & Rucks, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed October 7, 1952, on motion of appellee, for failure of appellant diligently to prosecute.